THE PEOPLE OF THE STATE OF NEW YORK by ERIC T. SCHNEIDER-MAN, Respondent, v MAURICE R. GREENBERG et al., Appellants.

Submitted March 28, 2016; decided March 31, 2016

Motion by American Securities Administrators Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge GARCIA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK by ERIC T. SCHNEIDER-MAN, Respondent, v MAURICE R. GREENBERG et al., Appellants.

Submitted March 28, 2016; decided March 31, 2016

Motion by Chamber of Commerce of the United States of America et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge GARCIA taking no part.